UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW BETZ,

        Plaintiff,

v.

REMINGTON ARMS COMPANY, INC.,

        Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:08-cv-439

## ORDER GRANTING MOTION TO WITHDRAW

This matter is before the Court on William R. Jansen, Homayune A. Ghaussi, and Warner Norcross & Judd LLP's (collectively, "Warner Norcross") Motion to Withdraw as Counsel (Dkt. #21). Leave of the Court to withdraw from this action is requested as Defendant Remington Arms Company, Inc. has retained the law firm of Miller Canfield Paddock & Stone PLC ("Miller Canfield") as local counsel in this matter in place of Warner Norcross. A review of the court records shows that attorneys Douglas Callander and Leigh Callander from Miller Canfield have entered their appearances in this case (Dkt. Nos. 19 & 20). Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel (Dkt. #21) is **GRANTED.** William R. Jansen, Homayune A. Ghaussi, and Warner Norcross & Judd LLP are granted leave to withdraw from this action.

Date: July 25, 2008

        /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge